**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 75.48.197.240**

**ISP:** AT&T U-verse
**Physical Location:** Grand Haven, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/12/2017 16:06:44 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 10/05/2017 23:21:33 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 10/02/2017 16:48:43 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 02/28/2016 05:48:16 | 203CEBADB646E2EDFFAE487E49ACC246005931D2 | Pool Party For Three |
| 02/28/2016 03:27:50 | 7984372EB91225532C289EA12D1B11BA71EF5660 | Three Way is the Best Way |
| 02/27/2016 19:33:01 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 02/27/2016 16:22:58 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/31/2016 06:57:47 | 8FF09BA10894D5C5FB97B0A98B1B2D716B4A6EA0 | Four Ways |
| 05/25/2015 21:16:10 | AC3ECC9526224D88CAD9FED10EC5581B42677C22 | Fun For Three |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

NWMI110